UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY LAMPTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN D. SHINN,<br><br>　　　　　Respondent. | Case No. CV 16-6187-VAP (PJW)<br><br>J U D G M E N T |

For the reasons set forth in the order filed this date, it is hereby adjudged and decreed that the Petition is DISMISSED WITH PREJUDICE.

DATED: April 28, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

O:\VAP\ECF Ready\LA16CV06187 VAP(PJW)-JUDGMENT.wpd